UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| | |
|---|---|
| ROBERT ALLEN, M.D., and THE CASTLE CLINIC, PLC, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) No. 2:13-cv-00042 ) Judge Greer ) Magistrate Judge Inman |
| SIGNET DIAGNOSTIC CORPORATION d/b/a OXFORD BIOMEDICAL TECHNOLOGIES, | ) ) ) ) |
| Defendant. | ) ) |

## ORDER OF DISMISSAL WITH PREJUDICE

This matter comes before the Court on the parties' Joint Motion for Dismissal with Prejudice. Based upon the submission of the parties, the motion is hereby GRANTED and it is hereby ORDERED that this matter is DISMISSED WITH PREJUDICE.

SO ORDERED.

_____
HON. J. RONNIE GREER
UNITED STATES DISTRICT JUDGE

DATE: July 10, 2013